JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Innovative Sports Management, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>The York Project, LLC, et al.,<br><br>Defendants. | CASE NO. 2:25-cv-07500-TJH-KS<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS THE YORK PROJECT, LLC AND RYAN DANIEL BALLINGER [19] |

IT IS HEREBY STIPULATED by and between Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media and Defendants The York Project, LLC, and Ryan Daniel Ballinger that the above-entitled action is hereby dismissed *with prejudice* against The York Project, LLC, an unknown business entity d/b/a The York and Ryan Daniel Ballinger, individually and d/b/a The York, and it its entirety.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).

Each Party referenced-above shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 26, 2025

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge